## POTEET et al. v. STATE.
### No. 13725.

Court of Criminal Appeals of Texas.

Oct. 15, 1930.

Jno. T. Spann, of Crystal City, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**HAWKINS, J.**

Appellants were charged jointly with violating the game laws by hunting deer with a headlight. Article 902, P. C. Both were convicted, Poteet being fined $100 and Clark $50.

The record here contains neither statement of facts nor bills of exception; in such condition, nothing is presented for review.

The judgment is affirmed.